Shari A. Rivkind
The Rivkind Law Firm
30 Avenue at Port Imperial,
Unit 408
West New York, New Jersey 07093
201.330.0061
Adams Chiropractic Center, P.C., Andrew Andonov, D.C., Rodel C. Baguioro, P.T., Elderbrando O. Estomo, P.T., Peter Angelo, L.A.C., Nighat Jawed, Jennifer Rodriguez, , Individual and Business Counseling, Inc. and Frank L. Weiss, Ph.D.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY CO., | CIVIL ACTION NO. 2:19-cv-20633-SDW-LDW |
| | STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| Plaintiffs, | |
| v. | |
| Adams Chiropractic Center, P.C., Andrew Andonov, D.C., Rodel C. Baguioro, P.T., Elderbrando o. Estomo, P.T., Peter Angelo, L.A.C., Kathleen A. Marsh L.A.C., Sandra Park Lee L.A.C., Nighat Jawed, Jennifer Rodriguez, Advanced Balance and Wellness LLC, James R. Morales, M.D., Nyree Padilla, M.D., Individual and Business Counseling, Inc. and Frank L. Weiss, Ph.D., | |

Defendants,    :

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants Adams Chiropractic Center, P.C., Andrew Andonov, D.C., Rodel C. Baguioro, P.T., Elderbrando o. Estomo, P.T., Peter Angelo, L.A.C., Nighat Jawed, Jennifer Rodriguez, Advanced Balance and Wellness LLC, Individual and Business Counseling, Inc. and Frank L. Weiss, Ph.D. may have additional time within which to answer or otherwise respond to plaintiff's First Set Of Interrogatories And First Request For Production Of Documents originally due on or about May 1, 2020. Therefore, the last day for defendants to respond to plaintiff's First Set Of Interrogatories And First Request For Production Of Documents shall be on or before June 5, 2020.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: 4/27/20

**The Rivkind Law Firm**
Attorneys for Defendants
Adams Chiropractic Center, P.C.,
Andrew Andonov, D.C., Rodel C.
Baguioro, P.T., Elderbrando o. Estomo,
P.T., Peter Angelo, L.A.C., Nighat
Jawed, Jennifer Rodriguez, Individual
and Business Counseling, Inc. and
Frank L. Weiss, Ph.D.

|  |  |
|---|---|
| | By: s/ Shari A. Rivkind |
| | Shari A Rivkind |
| Dated: 4/27/20 | **Rivkin Radler LLP** |
| | Attorneys for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. |
| | By: s/ Max Gershenoff |
| | Max Gershenoff |